MARY E. HOEFLER, Respondent, *v.* MARY R. HOEFLER, Appellant.

(Argued November 22, 1897 ; decided November 30, 1897.)

Reported below, 21 App. Div. 633.

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial depart-

ment, entered October 25, 1897, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

The motion was made upon the grounds that the Court of Appeals has no jurisdiction; that the Appellate Division has not allowed the appeal, and that the notice of appeal contains no stipulation for judgment absolute in case of affirmance.

*William E. Edmonds* for motion.

*Raines Bros.* opposed.

Motion denied, with ten dollars costs.